```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DANIEL N. CARTER,                       :
                                        :
    Plaintiff,                         :
                                        :
vs.                                     :   CIVIL ACTION 04-0646-WS-M
                                        :
JACK S. TILLMAN, et al.,                :
                                        :
    Defendants.                        :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to obey the Court's Order.

    DONE this 30th day of June, 2005.

                                         <u>S/WILLIAM H. STEELE</u>
                                         UNITED STATES DISTRICT JUDGE

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
DANIEL N. CARTER,                   :
                                    :
      Plaintiff,                    :
                                    :
vs.                                 :    CIVIL ACTION 04-0646-WS-M
                                    :
JACK S. TILLMAN, et al.,            :
                                    :
      Defendants.                   :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

DONE this 30th day of June, 2005.

```
                         S/WILLIAM H. STEELE
                         UNITED STATES DISTRICT JUDGE
```