```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DANIEL N. CARTER,                       :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :   CIVIL ACTION 04-0646-WS-M
                                        :
JACK S. TILLMAN, et al.,                :
                                        :
    Defendants.                         :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

DONE this 30th day of June, 2005.

<u>S/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE